UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EARL A. LEE,

          Petitioner,

     v.

J. SOTO,

          Respondent.

Case No. 16-01570 BLF (PR)

**ORDER OF TRANSER**

Petitioner, a state prisoner at the California State Prison in Lancaster, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state sentence out of Los Angeles County.  Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d).  Here, Petitioner is challenging his conviction out of Los Angeles County, which lies within the venue of the Western Division of the Central District of California.  *See* 28 U.S.C. § 84(c).  Therefore, venue properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b).  Accordingly, this case is TRANSFERRED to the United States District Court for the Western Division of the Central District of California.  *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

**IT IS SO ORDERED.**

Dated: _July 15, 2016_

_(signature)_
BETH LABSON FREEMAN
United States District Judge

Order of Transfer
PRO-SE\BLF\HC.16\01570Lee_transfer