1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EARL A. LEE,

        Petitioner,

          v.

J. SOTO,

        Respondent.

)
)
)
)
)
)
)
)
)
)

NO. CV 16-5470-ODW (AGR)

JUDGMENT

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,
IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: September 12, 2016

_____
OTIS D. WRIGHT II
United States District Judge